JAMES E. ANDREWS, Respondent, v. GEORGE COHEN, Appellant.— We agree with the opinion of the learned justice at Special Term that under the judgment as amended " defendant has a right to cover the entire right of way in a reasonable manner, and that the covering already over the sixty-three feet is not unreasonable." Subject to such right to cover over the passage, defendant must restore the original right of way. The open space at the turn of the way, granted in the deed from Swift to Taylor November 7, 1885, the court at Special Term found necessary to the sufficient width and right of turning then granted (Finding of fact No. 20). To remove possible doubt, an order so declaring may be entered as an amendment at the foot of the judgment, and, to that extent, the order appealed from is thus modified, without costs of this appeal. Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ., concurred. Order to be settled on notice.

MARY A. BYRNES, Appellant, v. CHARLES A. CASSIDY, Respondent.— Order vacating examination of defendant before trial reversed, with ten dollars costs and disbursements, and order of February 1, 1918, reinstated. The pleadings themselves show such examination to be material and necessary for plaintiff, since she is entitled to inquire how much of her money, after payments made for her, remains in defendant's hands. Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ., concurred.

JOHN DEIERLEIN, Respondent, v. NEW YORK, WESTCHESTER AND BOSTON RAILWAY COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

JOSEPHINE FULLINGTON, Respondent, v. FREDERICK W. MEYER and DOROTHEA L. MEYER, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ.

WILLIAM H. FULLINGTON, Respondent, v. FREDERICK W. MEYER and DOROTHEA L. MEYER, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ.

FRIDA GRAB, Respondent, v. NEW YORK, WESTCHESTER AND BOSTON RAILWAY COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

In the Matter of the Application of the WESTCHESTER LIGHTING COMPANY, Appellant, to Be Made a Party Defendant, etc. BRONX PARKWAY COMMISSION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ., concurred.

AUGUST MILLER, Respondent, v. CHARLES W. ANDERSON, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.